No. 95–975.   BISKUP *v.* MCCAUGHTRY.   C. A. 7th Cir.   Certiorari denied.

No. 95–990.   JONES *v.* WEST, SECRETARY OF THE ARMY, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 95–1031.   GHENT *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 95–1083.   DAUGHERTY *v.* CITY OF EL PASO, TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 95–1085.   PARKER *v.* EVENING POST PUBLISHING CO. ET AL.   Ct. App. S. C.   Certiorari denied.

No. 95–1097.   HOGAN ET AL. *v.* VILLAGE OF LAKE BARRINGTON, ILLINOIS, ET AL.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 95–1104.   OWEN *v.* CALIFORNIA STATE BAR ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 95–1105.   CINCINNATI REDS *v.* BRIDEWELL ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 95–1106.   PARSA *v.* WHITE, DIRECTOR, ALABAMA FINANCE DEPARTMENT, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 95–1110.   BLUMEYER ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95–1111.   ESTATE OF MENNA ET AL. *v.* ST. AGNES MEDICAL CENTER.   C. A. 3d Cir.   Certiorari denied.

No. 95–1113.   STELWAGON MANUFACTURING CO. *v.* TARMAC ROOFING SYSTEMS, INC.   C. A. 3d Cir.   Certiorari denied.

No. 95–1115.   FLAKT, INC. *v.* JOY TECHNOLOGIES, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 95–1116.   IRVING *v.* DISTRICT OF COLUMBIA ET AL.   Ct. App. D. C.   Certiorari denied.